===========================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO.   5:07-cv-111 LEK/DEP

**SUSAN M. REPPI**

       **Plaintiff,**

       v.

**LINDA McMAHON,**
**ACTING COMMISSIONER OF SOCIAL SECURITY**

       **Defendant.**

_____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, that with the parties Consenting, the final decision of the Commissioner is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, pursuant to the 4th sentence of 42 USC Section 405(g), and the matter be and hereby is DISMISSED, in accordance with the Consent Order to Remand signed by the parties and "So Ordered" by The Honorable Lawrence E. Kahn, dated July 25, 2007.

**DATE:** __July 26, 2007__

*[signature: Lawrence K. Baerman]*
Clerk of Court

By: __s/Britney Norton__
      DEPUTY CLERK